UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| BRIAN TODD DUMPHORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-461-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY STATE TROOPER JACK GABRIEL, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Brian Dumphord and remaining Defendants Jack Gabriel, Joseph Kennedy, Sonny Dunaway, Chad Mills and Rodney Brewer, all in their individual capacities, have tendered a proposed agreed order to dismiss the without prejudice remaining claims asserted against these individual defendants. Additionally, the defendants identified above agree to waive and refrain from raising the statute of limitations as a bar to those claims if they are filed within sixty-days of final disposition of the underlying criminal case referenced in this proceeding, including criminal case appeals (Bourbon Circuit Court, Criminal Case No. 19-CR-00140). [Record No. 100] Accordingly, it is hereby

**ORDERED** as follows:

1.   The parties' tendered agreed order of dismissal, docketed as a motion [Record No. 100], is **GRANTED**.

2.   All claims remaining in this matter are **DISMISSED** without prejudice. This matter is **STRICKEN** from the Court's docket.

Dated: September 7, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky